IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 12-cr-00353-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. PEDRO REYES-CARDENAS,

  Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a status/scheduling hearing regarding Defendant Reyes-Cardenas is set **Wednesday, September 26, 2012 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: September 6, 2012